STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone:  (510) 637-3500
Fax: (510) 637-3507
Email: ellen_leonida@fd.org

Counsel for Defendant
BEHZAD TALAI MOFRAD

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BEHZAD TALAI MOFRAD,<br><br>　　　　　Defendant. | CR 13-00232 YGR<br><br>STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING BOND CONDITIONS |

　　　Mr. Mofrad is charged by information with violations of 18 U.S.C. 1343 (wire fraud) and 18 U.S.C. § 1028A (aggravated identity theft).  Mr. Mofrad was released on a $75,000 unsecured bond to the supervision of Pretrial Services on December 5, 2012.  Among the conditions of Mr. Mofrad's release is the requirement that he submit to location monitoring and remain confined to his home with the exception of work, school, medical and legal appointments, and court.

　　　Mr. Mofrad is gainfully employed and has been complying with all of the conditions of his release since December 5, 2012.  Therefore, the parties stipulate and agree to a modification of Mr. Mofrad's conditions of pre-trial release to order that he be placed on location monitoring with a

1  curfew, the hours of which will be determined by Pretrial services. Pretrial Services Officer Victoria

2  Gibson, who is supervising Mr. Mofrad, is agreeable to the modification.

3

4  DATED:   April 12, 2013                    /S/
                                              RODNEY VILLAZOR
5                                             Special Assistant United States Attorney

6  DATED:   April 12, 2013                    /S/
                                              ELLEN LEONIDA
7                                             Assistant Federal Public Defender

8

9                                    **ORDER**

10     GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, IT IS HEREBY

11  ORDERED that the condition of Behzad Mofrad's pre-trial release be modified to place Mr. Mofrad

12  on location monitoring with a curfew, the hours of which will be determined by Pretrial Services.

13

14  IT IS SO ORDERED.

15

16  DATED: 4/12/13                         _Kandis Westmore_____
                                            HON. KANDIS WESTMORE
17                                          United States Magistrate Judge

CR 13-232 YGR
Stipulation and [Proposed] Order Modifying
Bond Conditions                             2