MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RODNEY VILLAZOR  (NYBN4003596)
Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: rodney.villazor@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BEHZAD TALAI MOFRAD, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 13-00232 YGR <br><br> STIPULATION AND [PROPOSED] ORDER TO SET CHANGE OF PLEA HEARING ON JUNE 6, 2013 |

      The above-captioned matter was previously set on May 16, 2013 before the Court for a change of plea hearing.  The parties request that this Court set this matter for a change of plea hearing on June 6, 2013 at 2:00 p.m., and that the Court exclude time under the Speedy Trial Act between April 11, 2013 and June 6, 2013.  The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance, pursuant to 18 U.S.C. § 3161(h)(1)(G).

      Such continuance is required to afford time for consideration by the Court of the proposed plea agreement to be entered into by the defendant and the government.  On

April 11, 2013, a copy of the proposed plea agreement was submitted to the Court for review.  As such, the parties respectfully request that the time between April 11, 2013 and June 6, 2013 be excluded under 18 U.S.C. § 3161(h)(1)(G).

DATED:  April 18, 2013               Respectfully submitted,

                                     MELINDA HAAG
                                     United States Attorney

                                      /s/
                                     RODNEY C. VILLAZOR
                                     Assistant United States Attorney

                                      /s/
                                     ELLEN VALENTIK LEONIDA
                                     Attorney for Benzai Talai Mofrad

## ORDER

Based on the reason provided in the stipulation of the parties above, the Court hereby FINDS that for time necessary for consideration by the Court of the proposed plea agreement, and in the interest of justice, pursuant to 18 U.S.C. §§ 3161(h)(1)(G), an exclusion of time is warranted under the Speedy Trial Act.  Based on these findings, IT IS HEREBY ORDERED THAT time is excluded until June 6, 2013.

**IT IS SO ORDERED.**

DATED: April 18, 2013

                                     YVONNE GONZALEZ ROGERS
                                     United States District Judge